IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MARQUIS #4903, LLC
a Florida limited-liability corporation,

    Plaintiff,

CASE NO: 06-22951-CIV-LENARD/TORRES
~~Case no. 06-22951-CV~~

vs.

Judge Joan Lenard, Mag. Edmin Torres

LEVIEV BOYMELGREEN MARQUIS DEVELOPERS, LLC
a Florida limited-liability corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Through counsel, and pursuant to rule 41(a)(1), Fed.R.Civ.P., the plaintiff hereby voluntarily dismisses, with prejudice, all claims in this action, as no answer or motion for summary judgment has been filed, and the parties have reached a settlement of their claims. Furthermore, this action is not a class action nor has a receiver been appointed, and therefore filing a notice of dismissal is not subject to the provisions of rules 23(e) and 66, Fed.R.Civ.P. The parties will each bear their own costs and expenses (including attorney's fees). Any pending motions are hereby rendered moot.

### Certificate of Service

I hereby certify having mailed a copy of this notice on January 11, 2007, addressed to: Melissa Channing, Coralee G. Penabad, P.A., 3050 Biscayne Blvd., #700W, Miami, FL 33137

                              SARAGA & LIPSHY, P.A.

                              By: _____
By: s/. Coralee G. Penabad (157030)    Joseph Stern, Fla. Bar No. 30902
    Cpenabad@h-plegal.com            Attorneys for the Plaintiff
    HELLINGER & PENABAD, P.A.      201 NE 1st Avenue
    3050 Biscayne Blvd., Suite 700W     Delray Beach, Florida 33444
    Miami, Florida 33137                Tel: (561) 330-0660, Fax: (561) 330-0610
    Tel: (305) 572-9252
    Fax: (305) 572-9742
    Attorneys for Defendant