UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-22951-CIV-LENARD/TORRES

**MARQUIS #4903, LLC**,

        Plaintiff,

vs.

**LEVIEV BOYMELGREEN
MARQUIS DEVELOPERS, LLC**,

        Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Notice of Voluntary Dismissal with Prejudice ("Stipulation," D.E. 7), filed on January 16, 2007. Having reviewed the Stipulation and the record, it is:

**ORDERED AND ADJUDGED** that:

1. This action is **DISMISSED with prejudice**, and the case is **CLOSED**.

2. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 17th day of January, 2007.

_____
**JOAN A. LENARD
UNITED STATES DISTRICT JUDGE**

cc:    U.S. Magistrate Judge Edwin G. Torres

        All Counsel of Record